IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03299-WYD-CBS

CONTROL ESI, INC. d/b/a SOFTWRENCH SOLUTIONS,

     Plaintiff,

v.

UNIVERSITY OF DENVER,

     Defendant.

---

## ORDER OF RECUSAL

---

Magistrate Judge Craig B. Shaffer

This matter was drawn to me upon the filing of the Order of Transfer from the U.S. District Court for the District of Arizona on December 18, 2012.  Pursuant to the Order Referring Case dated December 21, 2012 (doc. # 10), this civil action was referred to the Magistrate Judge to, inter alia, "[h]ear and determine pretrial matters, including discovery and other nondispositive motions . . . ."

In accordance with 28 U.S.C. §§ 455(a), a Magistrate Judge "shall disqualify himself in any proceeding in which his impartiality might be reasonably be questioned." In view of my current position as an adjunct professor at the University of Denver's Sturm College of Law, I hereby recuse myself from this action.  The Clerk of Court shall assign another magistrate judge to this case and vacate the scheduling conference set for January 30, 2013.

DATED at Denver, Colorado, on January 24, 2013.

BY THE COURT:


*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge