**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| **CONTROL ESI, INC., D/B/A SOFTWRENCH SOLUTIONS,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**UNIVERSITY OF DENVER,**<br><br>**Defendant.** | **Civil Action No.**<br>**1:12-cv-3299-WYD-BNB** |

**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and through the undersigned attorneys of record, as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Defendant University of Denver is dismissed with prejudice from this action, with each party to bear its own fees and costs.

2. This matter can be marked CLOSED.

3. This Stipulation of Dismissal may be signed in counterparts.

Dated: March 15, 2013

**BLANK ROME LLP**

BY: *s/ Michael A. Iannucci*
DANIEL E. RHYNHART
MICHAEL A. IANNUCCI
One Logan Square
Philadelphia, PA 19103-6998
Tel: (215) 569-5500
Fax: (215) 832-5555

*Attorneys for Plaintiff*
*SoftWrench Solutions*

**DAVIS GRAHAM & STUBBS LLP**

BY: *s/ Ann T. Lebeck*
KENZO KAWANABE
ANN T. LEBECK
1550 17th Street
Denver, CO 80202
Tel: (303) 892-7434
Fax: (303) 893-1379

*Attorneys for Defendant*
*University of Denver*